UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 13-30418-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

MARIO RUIZ
XXX-XX-7831

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this _____.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  13-30418-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARIO RUIZ
1328 NW 58 AVENUE
POMPANO BEACH, FL  33063

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR(S)**
ALTAIR OH XIII, LLC
C/O WEINSTEIN AND RILEY, PS
PO BOX 3978
SEATTLE, WA  98124

ALTAIR OH XIII, LLC
C/O WINSTEIN AND RILEY, PS
2001 WESTERN AVENUE,
SUITE 400
SEATTLE, WA  98121

AMC MORTGAGE SERVICES

AMC MORTGAGE SERVICES
505 S MAIN STREET
ORANGE, CA  92868

CAPITAL ONE
PO BOX 85520
RICHMOND, VA  23285

CHASE
PO BOX 15298
WILMINGTON, DE  19886

CHASE BANK
PO BOX 24696
COLUMBUS, OH  43224

CREDIT COLLECTION SERVICE
PO BOX 9134
NEEDHAM, MA  02494

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD  57104

HOMEWARD RESIDENTIAL INC
1525 S BELTLINE RD N
STE 100
COPPELL, TX  75019

HSBC BANK
PO BOX 5253
CAROL STREAM, IL  60197

MATRIX FINANCIAL SERVICES
201 W. COOLIDGE STREET
PHOENIX, AZ  85013-2710

MORRIS HARDWICKS SCHNEIDER, LLC
6 NASHUA COURT
SUITE D
BALTIMORE, MD  21221

PREMIERMTR
1100 NORTH STREET RD 7
LAUDERHILL, FL  33313

SEARS/CBSD
PO BOX 6189
SIOUX FALLS, SD  57117

SELECT PORTFOLIO SERVICING
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT  84115

SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT  84165

SOUTHWEST CREDIT SYSTEMS
5910 W PLANO PARKWAY
SUITE 100
PLANO, TX  75093